IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-20-BLG-SPW |
| Plaintiff, | **ORDER** |
| vs. | |
| ZACHARY BENEDICT LEE, | |
| Defendant. | |

Defendant has filed a motion to vacate the detention hearing. (Doc. 18.) Accordingly, IT IS ORDERED that the detention hearing presently set for April 22, 2019, at 9:00 a.m. is VACATED.

DATED this 18th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge